**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Email: info@bkllawyers.com

Writer's Direct: Clara Lam, Esq.
clam@bkllawyers.com

February 24, 2025

**Via ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Moore v. FQSR, LLC d/b/a KBP Foods*
              Case No. 1:24-cv-5835(VSB)(KHP)

Dear Judge Broderick,

      We are counsel for Plaintiff in the above-captioned matter. We write, jointly with counsel for Defendants, to submit the parties' joint letter regarding the status of arbitration proceedings pursuant to Your Honor's Order, dated August 26, 2024. *See* Dkt. No. 11.

      The parties reached a settlement in principle. Although there are no wage-and-hour claims arising under the Fair Labor Standards Act ("FLSA"), as amended, retaliation claims arising under the FLSA were asserted in the original complaint. The parties filed a stipulation of dismissal with prejudice on February 13, 2025, but was referred for fairness to Your Honor due to the retaliation claims arising under the FLSA.

      Therefore, the parties will submit *Cheeks* review on the FLSA and New York Labor Law retaliation claims within thirty (30) days.

      We thank the Court for its time and consideration.

Respectfully submitted,
*/s/ Clara Lam*

cc: all parties via ECF