**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

December 18, 2025

**Via ECF**
Hon. Vernon S. Broderick., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    *Moore v. FQSR, LLC d/b/a KBP Foods*
               Case No. 1:24-cv-5835(VSB)(KHP)

Dear Judge Broderick:

      We write on behalf of Plaintiff regarding the parties' jointly filed fairness submission, which was filed on March 26, 2025, seeking judicial approval of an FLSA Settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* Dkt. No. 17. Pursuant to Your Honor's Order on July 18, 2025, requesting Plaintiff counsel's contemporaneous billing records, the undersigned supplemented the fairness submission with the relevant information on July 24, 2025. *See* Dkt. Nos. 18-19.

      We respectfully write to inquire as to whether the Court requires any additional information in order to render a decision. Defendants consent to this request.

      Thank you for your time and consideration.

Respectfully submitted,

*/s/ Clara Lam*

Clara Lam, Esq.
clam@bkllawyers.com


cc:    all parties via ECF